# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**GEORGE W. KERR,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 2:07-cv-715-FtM-34DNF**

**GEORGIA INSTITUTE OF
TECHNOLOGY and PRESIDENT,**

        **Defendants.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

On November 1, 2007, the Plaintiff, George W. Kerr filed a Complaint (Doc. 1) against the Defendants, "Georgia Institute of Technology and President." The Plaintiff failed to pay the filing fee of $350.00 as is required in 28 U.S.C. §1914. On November 7, 2007, the Court entered an Order (Doc. 5) which required the Plaintiff to pay the filing fee or file the forms to proceed *in forma pauperis*, which is without prepayment of the filing fee. The Plaintiff has failed to comply with the Order dated November 7, 2007, by not paying the filing fee or filing the appropriate documents to proceed *in forma pauperis*.

    **IT IS RESPECTFULLY RECOMMENDED:**

This action be dismissed due to the failure of the Plaintiff to pay the filing fee or request leave to proceed *in forma pauperis* and for failure to Comply with this Court's Order (Doc. 5).

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this __7th___ day of December, 2007.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record