**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

GEORGE W. KERR,

                Plaintiff,

-vs-                                      Case No.  2:07-cv-715-FtM-34DNF

GEORGIA INSTITUTE OF TECHNOLOGY
and PRESIDENT,

                Defendants.
_____

**ORDER**

**THIS CAUSE** is before the Court on Magistrate Judge Douglas N. Frazier's Report and Recommendation (Dkt. No. 6; Report), entered on December 7, 2007, recommending that the instant action be dismissed due to Plaintiff's failure to pay the filing fee or request leave to proceed *in forma pauperis,* as well as his failure to comply with the Order (Dkt. No. 5) entered by Judge Frazier on November 7, 2007.  See Report at 1.  To date, no objections to the Report have been filed and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United

States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Based upon an independent examination of the record and a de novo review of the legal conclusions, the Court will accept and adopt the Report of the Magistrate Judge. Accordingly, it is hereby **ORDERED**:

1. Magistrate Judge Douglas N. Frazier's Report and Recommendation (Dkt. No. 6) is **ADOPTED** as the opinion of the Court.

2. This case is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of the Court is directed to enter judgment dismissing the case without prejudice, terminate any pending motions or deadlines as moot, and close this file.

**DONE AND ORDERED** in Fort Myers, Florida, this 9th day of January, 2008.

*[signature: Marcia Morales Howard]*
**MARCIA MORALES HOWARD**
United States District Judge

lc3

Copies to:

Pro Se Parties